Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
ROBERT KLAUS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>     vs.<br><br>BRYAN SMITH, et al.,<br><br>                         Defendants. | No. 2:11-CR-00428 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Richard Bender, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Robert Klaus; Mark Reichel, attorney for defendant Bryan Smith; Steven Bauer, attorney for defendant Kelly Smith; Timothy Zindel, Assistant Federal Defender, attorney for defendant Daniel Goldsmith; William Bonham, attorney for defendant Bruce Goldsmith; and Stanley Kubochi, attorney for defendant Ryder Phillips, that the previously-scheduled status conference date of December 2, 2011, be vacated and the matter set for status conference on January 13, 2012, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Plea negotiations are expected to commence prior to the proposed status conference date.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1 a continuance outweigh the best interests of the public and the defendants in a speedy trial and
2 that time within which the trial of this case must be commenced under the Speedy Trial Act
3 should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
4 Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
5 stipulation, December 1, 2011, to and including January 13, 2012.

6 Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7 IT IS SO STIPULATED.

8 Dated:  December 1, 2011      Respectfully submitted,

9 /s/ Michael E. Hansen
MICHAEL E. HANSEN
10 Attorney for Defendant
ROBERT KLAUS

11

12 Dated:  December 1, 2011      /s/ Michael E. Hansen for
MARK REICHEL
Attorney for Defendant
13 BRYAN SMITH

14 Dated:  December 1, 2011      /s/ Michael E. Hansen for
STEVEN BAUER
15 Attorney for Defendant
KELLY SMITH

16

17 Dated:  December 1, 2011      DANIEL J. BRODERICK
Federal Defender

18 By:  /s/ Michael E. Hansen for
TIMOTHY ZINDEL
19 Assistant Federal Defender
Attorney for Defendant
20 DANIEL GOLDSMITH

21 Dated:  December 1, 2011      /s/ Michael E. Hansen for
WILLIAM BONHAM
22 Attorney for Defendant
BRUCE GOLDSMITH

23

24 Dated:  December 1, 2011      /s/ Michael E. Hansen for
STANLEY KUBOCHI
Attorney for Defendant
25 RYDER PHILLIPS

26 Dated:  December 1, 2011      BENJAMIN B. WAGNER
United States Attorney
27
By:  /s/ Michael E. Hansen for
28 RICHARD BENDER
Assistant U.S. Attorney
Attorney for Plaintiff

**Stipulation and [Proposed] Order to Continue Status Conference**

**[PROPOSED] ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 1, 2011, to and including January 13, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 2, 2011, status conference shall be continued until January 13, 2012, at 9:00 a.m.

**IT IS SO ORDERED**.

**Date: 12/1/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**